JULIUS MATO, Plaintiff-Appellant, *v.* DONALD DANN *et al.*, Defendants-Appellees.

(No. 58056;

First District (5th Division)—August 23, 1974.

*Modified upon denial of rehearing and supplemental opinion filed September 27, 1974.*

Burton I. Weinstein, of Chicago, for appellant.

Tom L. Yates and Delbert T. Been, both of Chicago, for appellees.